| | |
|---|---|
| 1 | STEVEN KALAR |
| | Federal Public Defender |
| 2 | RITA BOSWORTH |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant ROBERTS |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-760 CRB (MEJ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO MODIFY CONDITIONS OF |
| | ) | RELEASE |
| | ) | |
| CASSIE ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

On December 11, 2013, Cassie Roberts was released on a $150,000 unsecured bond to reside with a third-party custodian at her home in Richmond. Three viable sureties signed onto the bond. As a condition of release, Ms. Roberts was placed on electronic monitoring. She is permitted to leave her residence for court appearances, legal visits, medical and treatment appointments, and for employment purposes as approved by pretrial services. Ms. Roberts has been in compliance with all her conditions of release. She now requests that the Court modify her conditions of release to permit her to leave her residence for a period of up to six hours in order to shop for Christmas gifts for her family and children. She would not be permitted to enter the Tenderloin, and she would be required to inform the pretrial services officer where she intends to shop. She further requests that pretrial services be given the discretion to permit her to

leave her residence for child care purposes. Pretrial services officer Silvio Lugo does not oppose this modification. The government also does not oppose this modification.

IT IS SO STIPULATED.

                                        MELINDA HAAG
                                        United States Attorney

12/19/13                                /s/
_____              _____
DATED                                    KATIE MEDEARIS
                                        Assistant United States Attorney


                                        STEVEN KALAR
                                        Federal Public Defender

12/19/13                                /s/
_____              _____
DATED                                    RITA BOSWORTH
                                        Assistant Federal Public Defender

In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions of release shall be modified such that the defendant shall be permitted to leave her residence to shop for Christmas gifts. She shall not enter the Tenderloin and pretrial services shall approve the location and timing of her shopping. The Court further modifies the bond to give pretrial services the discretion to allow the defendant to leave her residence for child care purposes. All other conditions of release remain in place. **Defendant shall only be allowed to shop for her Christmas gifts for no more that 6 hours.**

December 23, 2013          _____
DATED                                    MARIA ELENA JAMES
                                        United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE
US v. Roberts, 13-760 CRB (MEJ)        2